UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, on behalf of themselves and all others similarly situated, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC, <br><br> Defendants. | Civil Case No. 1:22-cv-10800-AK |

### JOINT MOTION FOR LEAVE TO MODIFY PAGE LIMITS AND BRIEFING SCHEDULE FOR DEFENDANT SAFERENT'S MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION

Pursuant to Local Rules 7.1(b)(2) and 7.1(b)(4), Plaintiffs and Defendant SafeRent Solutions, LLC ("SafeRent") respectfully request that this Court enter an order setting a briefing schedule on SafeRent's forthcoming motion to dismiss the Amended Complaint.

In support of this motion, Plaintiffs and SafeRent state as follows:

1. On May 25, 2022, Plaintiffs filed their original Complaint against Defendants. On August 26, 2022, Plaintiffs filed their Amended Complaint against Defendants.

2. Under Fed. R. Civ. P. 15(a)(3), SafeRent has 14 days to respond to Plaintiffs' Amended Complaint, making SafeRent's response to the Amended Complaint due September 9.

3. SafeRent requests, and Plaintiffs do not oppose, a one-week extension for SafeRent to file its motion to dismiss, which would make SafeRent's motion to dismiss due

September 16, 2022. This is the first extension SafeRent has made to its deadline to respond to the Amended Complaint.

4. Under Local Rule 7.1(b)(4), leave of the Court is required to file briefs in excess of 20 pages.

5. Counsel for Plaintiffs and SafeRent have met and conferred and, subject to the approval of the Court, have reached agreement on a briefing schedule and the following page limits to govern memoranda filed in connection with SafeRent's forthcoming motion to dismiss:

   a. SafeRent shall file its motion to dismiss and a supporting memorandum, which shall not exceed 24 pages, on September 16, 2022.

   b. Plaintiffs shall file an opposition memorandum to SafeRent's motion to dismiss, which shall not exceed 24 pages, on October 14, 2022.

WHEREFORE, Plaintiffs and SafeRent respectfully request that this Court enter an order approving the parties' proposed briefing schedule and length of memoranda submitted in connection with SafeRent's motion to dismiss.

Dated: September 7, 2022

Respectfully Submitted:

/s/ *Jeffrey Huberman*
JEFFREY HUBERMAN (BBO# 696437)
jhuberman@cov.com
ANDREW SOUKUP (*pro hac vice* pending)
asoukup@cov.com
ROBERT A. LONG (*pro hac vice* pending)
rlong@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

*Attorneys for Defendant*
*SafeRent Solutions, LLC*


/s/ *Todd S. Kaplan*
TODD S. KAPLAN (BBO# 634710)
tkaplan@gbls.org
GREATER BOSTON LEGAL SERVICES
197 Friend St.
Boston, MA 02114
Telephone: (617) 603-1647

CHRISTINE E. WEBBER (*pro hac vice*)
cwebber@cohenmilstein.com
SAMANTHA N. GERLEMAN (*pro hac vice*)
sgerleman@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW
Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

/s/ *Jeffrey Huberman*
Jeffrey Huberman