UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, on behalf of themselves and all others similarly situated, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC, <br><br> Defendants. | Civil Case No. 1:22-cv-10800-AK |

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO SET BRIEFING SCHEDULE ON
DEFENDANT SAFERENT'S MOTION TO DISMISS**

Upon consideration of Joint Motion to Set Briefing Schedule on Defendant SafeRent's Motion to Dismiss filed by Plaintiffs and Defendant SafeRent Solutions, LLC ("SafeRent"), it is hereby:

**ORDERED** that the Parties' Joint Motion is **GRANTED**;

**ORDERED** that SafeRent shall file its motion to dismiss and a supporting memorandum, which shall not exceed 24 pages, on September 16, 2022; and

**ORDERED** that Plaintiffs shall file an opposition memorandum to SafeRent's motion to dismiss, which shall not exceed 24 pages, on October 14, 2022.

**IT IS SO ORDERED.**

DATED: September __, 2022

_____
The Honorable Angel Kelley
United States District Judge