UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS and MONICA DOUGLAS, on behalf of themselves and similarly situated persons, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC, <br><br> Defendants. | Case No. 1:22-cv-10800-AK |

**DEFENDANT METROPOLITAN MANAGEMENT GROUP, LLC'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Metropolitan Management Group, LLC ("Metropolitan"), by and through undersigned counsel, hereby moves to dismiss the counts of the Amended Complaint (ECF No. 15) asserted against Metropolitan (Counts Two, Four, and Six), with prejudice, for failure to state a claim upon which relief may be granted and for lack of standing. These counts of the Amended Complaint, asserted solely on behalf of Plaintiff Mary Louis ("Louis"), allege that Metropolitan's practice of using a tenant screening service provided by Defendant SafeRent Solutions, LLC ("SafeRent") to make decisions in evaluating prospective tenants applying to rent apartments from Metropolitan violates federal and state housing laws by allegedly creating a "disproportionate adverse impact on Black and Hispanic rental applicants" as well as applicants who use housing vouchers. *See* Am. Compl. ¶¶ 129, 158-164.

1

The counts against Metropolitan fail for two reasons.  First, Louis does not and cannot plead a *prima facie* case of disparate impact.  Second, Louis does not have standing because she has not alleged a cognizable injury.  In support, Metropolitan relies on the accompanying Memorandum of Law.

WHEREFORE, Metropolitan requests that this Court dismiss Counts Two, Four, and Six of the Amended Complaint with prejudice.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Metropolitan requests oral argument on this motion.

Respectfully submitted,

METROPOLITAN MANAGEMENT GROUP, LLC,

By its attorneys,

*/s/ Thomas H. Wintner*
Thomas H. Wintner (BBO # 667329)
Michael A. Pollack (BBO # 704092)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000 (tel.)
(617)-542-2241 (fax)
thwintner@mintz.com
mapollack@mintz.com

Date:  October 27, 2022

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Undersigned counsel hereby certifies that he has conferred with counsel for Plaintiffs in an effort to resolve or narrow the issues raised by this Motion, but was unable to do so.

>*/s/ Thomas H. Wintner*
>Thomas H. Wintner

## **CERTIFICATE OF SERVICE**

    I, Thomas H. Wintner, hereby certify that on October 27, 2022, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and copies will be sent via electronic mail and first-class mail to those indicated as non-registered participants.

                                                        */s/ Thomas H. Wintner*
                                                        Thomas H. Wintner