UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, on behalf of themselves and all others similarly situated, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC, <br><br> Defendants. | Civil Case No. 1:22-cv-10800-AK <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT SAFERENT SOLUTIONS, LLC'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant SafeRent Solutions, LLC ("Defendant") respectfully requests that this Court dismiss with prejudice all claims asserted against it by Plaintiffs Mary Louis, Monica Douglas, and Community Action Agency of Somerville, Inc.  In support of this Motion, Defendant relies upon the accompanying Memorandum in Support and the accompanying exhibit.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendant respectfully requests that the Court hear oral argument on the Motion.  Defendant believes that a hearing will be helpful to the Court in deciding the issues raised in the Motion.

Dated:  October 27, 2022                    Respectfully Submitted:

/s/ *Jeffrey Huberman*
JEFFREY HUBERMAN (BBO# 696437)
jhuberman@cov.com
ANDREW SOUKUP (*pro hac vice*)
asoukup@cov.com
ROBERT A. LONG (*pro hac vice*)
rlong@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

*Attorneys for Defendant*
*SafeRent Solutions, LLC*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on September 29, 2022, counsel for Defendant met and conferred with counsel for Plaintiffs by email in a good faith attempt to resolve or narrow the issues presented in this Motion.  Counsel for Plaintiffs has indicated that Plaintiffs do not agree to the relief requested herein.  Plaintiffs declined to dismiss their claims against Defendant.

/s/ *Andrew Soukup*
Andrew Soukup

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

/s/ *Jeffrey Huberman*
Jeffrey Huberman