UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, on behalf of themselves and all others similarly situated, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC, <br><br> Defendants. | Civil Case No. 1:22-cv-10800-AK |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.5.2, it is respectfully requested that Jessica Merry Samuels be granted leave to withdraw her appearance as counsel for Defendant SafeRent Solutions, LLC ("SafeRent") in this matter. Ms. Samuels is leaving her current law firm, which will continue to represent SafeRent. The other undersigned counsel have appeared in this matter and will remain as counsel of record. As reflected in the certificate below, SafeRent will be provided a copy of this motion.

WHEREFORE, undersigned counsel request that this motion be granted, and the appearance of Ms. Samuels be withdrawn.

1

Dated:  August 1, 2023                                    Respectfully Submitted:

*/s/ Jessica Merry Samuels*
JESSICA MERRY SAMUELS (*pro hac vice*)
jsamuels@cov.com
JEFFREY HUBERMAN (BBO# 696437)
jhuberman@cov.com
ANDREW SOUKUP (*pro hac vice*)
asoukup@cov.com
ROBERT A. LONG (*pro hac vice*)
rlong@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

*Attorneys for Defendant
SafeRent Solutions, LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 1, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).  I further certify that a copy of this document will be provided to Defendant SafeRent Solutions, LLC.

*/s/  Jessica Merry Samuels*
Jessica Merry Samuels
