UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS and MONICA DOUGLAS, on behalf of themselves and similarly situated persons, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC,<br><br>　　　　　Defendants. | Case No. 1:22-cv-10800-AK |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c) and (d), please take notice that Attorney Michael A. Pollack of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts, 02111, hereby withdraws his appearance as counsel for Defendant Metropolitan Management Group, LLC ("Metropolitan") in the above-captioned matter. Attorney Mark C. Preiss of Gordon Rees Scully Mansukhani, LLP, 28 State Street, Suite 1050, Boston, Massachusetts 02109 has filed his appearance on behalf of Metropolitan and will continue to represent Metropolitan in this matter. This notice is being served on all parties.

                                          Respectfully submitted,

                                          */s/ Michael A. Pollack*
                                          Michael A. Pollack (BBO # 704092)
                                          MINTZ, LEVIN, COHN, FERRIS,
                                          GLOVSKY AND POPEO, P.C.
                                          One Financial Center
                                          Boston, MA 02111
                                          617.542.6000 (telephone)
                                          617.542.2241 (fax)
                                          mapollack@mintz.com

Dated: August 25, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

                              */s/ Michael A. Pollack*
                              Michael A. Pollack