# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, on behalf of themselves and all others similarly situated, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC, <br><br> Defendants. | Civil Case No. 1:22-cv-10800-AK |

## JOINT STATUS REPORT

In connection with this Court's Order of January 10, 2024 (Doc. No. 104), Plaintiff Mary Louis and Defendant Metropolitan Management Group, LLC submit this report regarding the status of mediation.

1. All parties in this case engaged in a mediation session on November 6, 2023, and with the aid of the Hon. Judge Welsh (Ret.), made progress toward reaching a settlement of this case.

2. Plaintiffs and Defendant SafeRent Solutions have reached a settlement in principle to resolve the claims by Plaintiffs against Defendant SafeRent Solutions. In accordance with the Court's January 3, 2024 Order, Plaintiffs will file a motion for preliminary approval of the proposed class action settlement between Plaintiffs and SafeRent and corresponding filings by February 16, 2024.

3. Plaintiff Mary Louis and Defendant Metropolitan are continuing to engage in settlement discussions regarding the individual claims of Plaintiff Louis against Defendant Metropolitan. Plaintiff Louis and Defendant Metropolitan have agreed to submit a further status report by February 2, 2024, that either updates the Court on the status of these parties' settlement discussions or that proposes a schedule consistent with the dates provided at the Court's September 13, 2023 status conference.

If the Court believes a further order is necessary at this time, the Parties respectfully request that the Court enter an order directing Plaintiff Mary Louis and Defendant Metropolitan to submit a further status report by February 2, 2024, that either updates the Court on the status of the these parties' settlement discussions or that proposes a schedule consistent with the dates provided at the Court's September 13, 2023 status conference.

Respectfully submitted January 19, 2024, by:

*Todd S. Kaplan*
Todd S. Kaplan (Bar No. 634710)
Nadine Cohen (Bar No. 090040)
GREATER BOSTON LEGAL SERVICES
197 Friend Street
Boston, MA, 02114
Tel.: (617) 371-1234
tkaplan@gbls.org
ncohen@gbls.org

Christine E. Webber (*pro hac vice*)
Brian Corman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500
Washington, D.C., 20005
Tel.: (202) 408-4600
cwebber@cohenmilstein.com
bcorman@cohenmilstein.com

*Mark C. Preiss*
Mark C. Preiss, BBO #670091
mpreiss@grsm.com
Gordon Rees Scully Mansukhani, LLP
28 State Street, Suite 1050
Boston, MA  02109
(781) 605-8586

*Counsel for Defendant Metropolitan Management Group, LLC*

Stuart T. Rossman (Bar No. 430640)
Shennan Kavanagh (Bar No. 655174)
Ariel C. Nelson (Bar No. 705704)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Boston, MA, 02110
Tel.: (617) 542-8010

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

*Brian Corman*
BRIAN CORMAN
bcorman@cohenmilstein.com
*Counsel for Plaintiffs*