# Exhibit 3



United States District Court

*Louis et al. v. SafeRent Solutions, LLC et al.*

Case No. 1:22-cv-10800

# Class Action Notice

## *Authorized by the U.S. District Court*

| Were you a housing voucher user denied rental housing in Massachusetts because of your SafeRent Score between May 25, 2020 and [date of preliminary approval order]? | ▶ | There is a class-action settlement of a lawsuit.<br><br>You may be entitled to money. | ▶ | To receive money from this settlement, or decide if you want to opt-out or object, you should:<br><br>1. Read this notice<br>2. Respond by [90 days after notice is mailed]. |

Important things to know:

- If you are a member of the settlement class, and you take no action, you will still be bound by the settlement, and your rights will be affected.

- You can learn more at: www.MATenantScreeningSettlement.com.

- Puede obtener una copia de este aviso en español en: www.MATenantScreeningSettlement.com.

# Table of Contents

**About This Notice** ................................................................................................................ 1

    Why did I get this notice? ................................................................................................ 1

    What do I do next? ........................................................................................................... 1

    What are the most important dates? ............................................................................. 2

**Learning About the Lawsuit** ................................................................................................ 2

    What is this lawsuit about? ............................................................................................... 2

    Why is there a settlement in this lawsuit? ..................................................................... 3

    What happens next in this lawsuit? ................................................................................ 3

**Learning About the Settlement** .......................................................................................... 4

    What does the settlement provide? ............................................................................... 4

    How do I know if I am part of this settlement? ............................................................. 4

    How much will my payment be? ..................................................................................... 5

**Deciding What You Want to Do** ......................................................................................... 5

    How do I weigh my options? ........................................................................................... 5

**Doing Nothing** ....................................................................................................................... 6

    What are the consequences of doing nothing? ........................................................... 6

**Filing a Claim** ......................................................................................................................... 6

    How do I get a payment if I am a class member? ........................................................ 6

    Do I have a lawyer in this lawsuit? .................................................................................. 6

    Do I have to pay the lawyers in this lawsuit? ................................................................ 7

**Opting Out** .............................................................................................................................. 7

    What if I don't want to be part of this settlement? ...................................................... 7

    How do I opt out? ............................................................................................................. 7

**Objecting** ................................................................................................................................ 8

    What if I disagree with the settlement? ........................................................................ 8

**Key Resources** ....................................................................................................................... 9

    How do I get more information? .................................................................................... 9

# About This Notice

## Why did I get this notice?

This notice is to tell you about the settlement of a class action lawsuit, Louis et al. v. SafeRent Solutions, LLC et al., brought on behalf of recipients of publicly funded housing vouchers whose SafeRent Score was below the minimum for an "accept" report on an application for rental housing in Massachusetts.

**You received this notice because, according to SafeRent's records, you applied for housing in Massachusetts between May 25, 2020 and [DATE], and the housing provider received a SafeRent Score below the "accept" score set by the housing provider, and therefore you may be a member of the group of people affected, called the "class." You are only a member of the class if you were applying for rental housing in Massachusetts where you could use your voucher when your rental application was denied.**

This notice gives you a summary of the terms of the proposed settlement agreement, explains what rights class members have, and helps class members make informed decisions about what action to take.

This is an important legal document, and we recommend that you read all of it. If you have questions or need assistance, please go to www.MATenantScreeningSettlement.com or call [phone number].

Puede obtener una copia de este aviso en español en www.MATenantScreeningSettlement.com.  Si tiene preguntas o necesita ayuda, visite el sitio web o llame al [número de teléfono].

## What do I do next?

Read this notice to understand the settlement and to determine if you are a class member. Then, decide if you want to:

| Your Options | More information about each option |
| --- | --- |

| RECEIVE PAYMENT | You must submit a Claim Form, either by mailing in the paper form attached to this Notice or by submitting the form electronically at www.MATenantScreeningSettlement.com. You will be bound by the settlement. |
|---|---|
| DO NOTHING | Get no payment and be bound by the settlement. You will only be bound by the settlement if you are a class member, as defined below (under "Learning About the Settlement"). |
| OPT OUT | Get no payment and not be bound by the settlement. You must submit a request to be excluded from the settlement. |
| OBJECT | Tell the Court why you don't like the settlement. |

Read on to understand the specifics of the settlement and what each choice would mean for you.

## What are the most important dates?

Your deadline to take action to receive payment: **[90 days after notice is mailed]**

Your deadline to object or opt out**: [90 days after notice is mailed]**
Settlement approval hearing: **[date]**

# Learning About the Lawsuit

## What is this lawsuit about?

Mary Louis and Monica Douglas filed a lawsuit in 2022 claiming that SafeRent violated fair housing and consumer protection laws by using its SafeRent Score product to make rental housing decisions for applicants in Massachusetts holding public housing vouchers.

SafeRent denies that it did anything wrong, violated any law, or that the claims have merit.

**Where can I learn more?**
You can get a complete copy of the proposed settlement and other key documents in this lawsuit by visiting:
www.MATenantScreening

2

## Why is there a settlement in this lawsuit?

The Court has not decided this case in favor of either side. The parties agreed to settle, which means they have reached an agreement to resolve the lawsuit. Both sides want to avoid the risk and expense of further litigation. The settlement will resolve the claims of all members of the settlement classes, including the plaintiffs who brought the case.

> **What is a class action settlement?**
> A class action settlement is the resolution of a case for all of the affected persons in the class. It can provide money and changes to the practices that the plaintiffs claim caused harm in the first place.

## What happens next in this lawsuit?

The Court will hold a hearing to decide whether to approve the settlement. The hearing will be held at:

**Where:**

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Courtroom 8, Third Floor
Boston, Massachusetts 02210

**When:** [time] on [date].

The Court has approved this notice of settlement. Because the settlement of a class action affects the rights of all members of the proposed classes, the Court must give final approval to the settlement before it can take effect. Payments will only be made if the Court approves the settlement.

You don't have to attend the hearing, but you may at your own expense. You may also ask the Court for permission to speak and express your opinion about the settlement. If the Court does not approve the settlement or the parties decide to end it, it will be void and the lawsuit will continue. The date or time of the hearing may change, and if it does, the new date or time of the hearing will be posted on the settlement website, but there will be no additional mailed notice. To learn more and confirm the hearing date, go to www.MATenantScreeningSettlement.com or call [phone number].

3

# Learning About the Settlement

## What does the settlement provide?

SafeRent has agreed to pay $1,175,000 into a settlement fund.  This money will be divided among the class members and will also be used to pay the cost of administering this settlement (expected to be between $110,000 and $135,000).  Subject to court approval, this fund may also be used to provide up to $10,000 each to the two people who brought this lawsuit, Mary Louis and Monica Douglas.  Members of the settlement class will "release" their claims as part of the settlement, which means they cannot sue SafeRent based on the same conduct that led to this lawsuit.  The full terms of the release can be found at www.MATenantScreeningSettlement.com.

The settlement separately provides up to $1,100,000 in attorneys' fees and costs, dependent on court approval.  If the court does not award the full $1,100,000, any money left over will be added to the settlement fund and distributed to class members.

The settlement also requires SafeRent to make changes to the reports that housing providers can request, so that it will not provide a SafeRent Score for applicants who the housing provider reports are applying using a housing voucher.

## How do I know if I am part of this settlement?

You are a class member and part of this settlement if:

(1) you were a rental applicant who used a publicly funded housing voucher and sought but were denied housing in Massachusetts because of your SafeRent Score at any property using SafeRent's tenant screening services between May 25, 2021 and [date of preliminary approval order].  This is called the "Income-Based Settlement Class," OR

(2) you are Black or Hispanic and a rental applicant who used a publicly funded housing voucher and sought but were denied housing in Massachusetts because of your SafeRent Score at any property using SafeRent's tenant screening services between May 25, 2020 and [date of preliminary approval order].  This is called the "Race-Based Settlement Class."

4

In plain language, if you were sent this notice by the Settlement Administrator, and you tried to use a housing voucher to get housing between May 25, 2020 and [date of preliminary approval order], then you are likely covered by this settlement. That is because SafeRent's records show that a housing provider where you applied for housing in Massachusetts received a SafeRent Score that was below the "accept" score set by the housing provider.

If you are unsure of whether you are part of this settlement, contact the Settlement Administrator at [phone number] or [email address].

## How much will my payment be?

Your payment amount will depend on several factors:

- The payment amounts will depend on the number of class members who submit valid claims.

- Those who are members of both the Income-Based Settlement Class and the Race-Based Settlement Class will receive a share of the settlement that is 1.5 times the share for those who are members of only one of the settlement classes.

- The payment amounts will also depend on the amount of awards and costs approved by the Court.

# Deciding What You Want to Do

## How do I weigh my options?

If you are a class member, as defined above, you have four options. You can stay in the settlement and take action to receive payment, you can opt out of the settlement, you can object to the settlement, or you can do nothing. This chart shows the effects of each option:

|  | *do nothing* | *file a claim* | *opt out* | *object* |
|---|---|---|---|---|
| **Can I receive settlement money if I . . .** | NO | YES | NO | YES |
| **Am I bound by the terms of this lawsuit if I . . .** | YES | YES | NO | YES |

5

| | | | | |
|---|---|---|---|---|
| **Can I pursue my own case if I . . .** | NO | NO | YES | NO |
| **Will the class lawyers represent me if I . . .** | YES | YES | NO | NO |

# Doing Nothing

### What are the consequences of doing nothing?

If you are a class member and you do nothing before [date], you will not get any money, but you will still be bound by the settlement and its "release" provisions.  That means you won't be able to start, continue, or be part of any other lawsuit against SafeRent based on the same conduct that led to this lawsuit.  Please see the settlement agreement, which can be found at www.MATenantScreeningSettlement.com, for a full description of the claims and persons who will be released if this settlement is approved.

# Filing a Claim

### How do I get a payment if I am a class member?

If you wish to receive money, **you must submit a Claim Form by [90 days after notice is mailed].**

The Claim Form is attached to this Notice and is available online at www.MATenantScreeningSettlement.com.  Follow the instructions on the form to submit.  The form may be submitted by mail or electronically.

### Do I have a lawyer in this lawsuit?

In a class action, the court appoints class representatives and lawyers—called Class Counsel—to work on the case and defend the interests of the class members.  If you want to be represented by your own attorney, you may hire one at your own expense.  For this settlement, the Court has appointed the following individuals and lawyers.

6

**Class Representatives:** Mary Louis and Monica Douglas

**Class Counsel:** Cohen Milstein Sellers & Toll PLLC, Greater Boston Legal Services, and the National Consumer Law Center. These are the entities that negotiated this settlement on your behalf. Their contact information is below.

## Do I have to pay the lawyers in this lawsuit?

You will not have to pay the lawyers directly. Attorneys' fees and costs awarded by the Court will be paid by SafeRent, separately from the settlement fund used to pay out class members' claims.

To date, Class Counsel have not been paid any money for their work or out-of-pocket expenses in this case. To pay for some of their time and risk in bringing this case without any guarantee of payment unless they were successful, Class Counsel have requested that the Court approve a payment from SafeRent to them of up to $1,100,000 total in attorneys' fees and expenses. Attorneys' fees and expenses will only be awarded if approved by the Court as a fair and reasonable amount. Any unawarded fees out of the $1,100,000 will be added to the Settlement Fund disbursed to class members. You have the right to object to the attorneys' fees even if you think the other settlement terms are fair.

# Opting Out

## What if I don't want to be part of this settlement?

You can opt out. If you do, you will not receive payment and cannot object to the settlement. However, you will not be bound or affected by anything that happens in this lawsuit and will keep any right you have to file your own case.

## How do I opt out?

To opt out of the settlement, you must send a letter to the Settlement Administrator that:

(1) is postmarked by [90 days after notice is mailed];
(2) includes the case name and number (Louis et al. v. SafeRent Solutions, LLC et al., Case No. 1:22-cv-10800);

7

(3) includes your full name and contact information (telephone number, email, and/or mailing address);
(4) states clearly that you wish to be excluded from the settlement; and
(5) includes your signature.

Mail the letter to the following address:

> Settlement Administrator
> [insert address]
> [insert phone number]

# Objecting

## What if I disagree with the settlement?

If you disagree with any part of the settlement (including the attorneys' fees) but don't want to opt out, you may object to the settlement. You must give reasons why you think the Court should not approve the settlement and say whether your objection applies to just you, a part of the class, or the entire class. The Court will consider your views. The Court can only approve or deny the settlement as is—it cannot change the terms of the settlement. You may, but don't need to, hire your own lawyer to help you. If you choose to hire your own lawyer, you will do so at your expense.

To object, you must send a letter to the Court that:

(1) is postmarked by [90 days after notice];
(2) includes the case name and number (Louis et al. v. SafeRent Solutions, LLC et al., Case No. 1:22-cv-10800).
(3) includes your full name, address and telephone number, and email address (if you have one);
(4) states the reasons for your objection;
(5) says whether either you or your counsel intend to appear at the final approval hearing and your counsel's name; and
(6) includes your signature.

Mail the letter to both of the following two places:

8

| | |
|---|---|
| Settlement Administrator<br>[insert address]<br>[insert phone number] | U.S. District Court for Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210 |

# Key Resources

## How do I get more information?

This notice is a summary of the proposed settlement. The complete settlement with all its terms can be found at www.MATenantScreeningSettlement.com. To get a copy of the settlement agreement, to review other documents about the case, or get answers to your questions:

- contact Class Counsel (information below)
- visit the settlement website at www.MATenantScreeningSettlement.com.
- access the Court Electronic Records (PACER) system online or by visiting the Clerk's office of the Court (address below).

| Resource | Contact Information |
|---|---|
| Settlement website | www.MATenantScreeningSettlement.com |
| **Settlement Administrator** | Settlement Administrator<br>[insert address]<br>[insert phone number/email] |
| **Class Counsel** | Christine E. Webber and Brian Corman<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave. NW<br>Fifth Floor<br>Washington, DC 20005<br>[Settlement Dedicated Email Address]<br>[Settlement Dedicated Phone Number]<br><br>Todd S. Kaplan |

9

|  | Greater Boston Legal Services<br>197 Friend Street<br>Boston, MA 02114<br><br>[Settlement Dedicated Email Address]<br>[Settlement Dedicated Phone Number]<br><br>Stuart T. Rossman, Shennan Kavanagh, and Ariel C. Nelson<br>National Consumer Law Center<br>7 Winthrop Square<br>Boston, MA 02110<br>[Settlement Dedicated Email Address]<br>[Settlement Dedicated Phone Number] |
|---|---|
| **Court (DO NOT CONTACT)** | U.S. District Court for Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210 |

10