UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, on behalf of themselves and all others similarly situated, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC,<br><br>    Defendants. | Civil Case No. 1:22-cv-10800-AK |

**NOTICE OF SETTLEMENT BY PLAINTIFF COMMUNITY ACTION AGENCY OF SOMERVILLE OF ITS INDIVIDUAL CLAIMS AGAINST DEFENDANT SAFERENT SOLUTIONS LLC.**

Plaintiff Community Action Agency of Somerville, Inc. ("CAAS") hereby provides notice that it has entered into a settlement agreement with Defendant SafeRent Solutions, LLC, conditioned upon this Court's final approval of the proposed Class Action Settlement Agreement and Release (the "Class Action Settlement"). If the Court grants final approval to the Class Action Settlement, then CAAS will file a notice dismissing its clams with prejudice.

CAAS represents that it has asserted only individual claims against SafeRent, that it is not a member of the Settlement Classes whose claims are proposed to be released by the proposed Class Action Settlement, and that it has no standing to and will not seek any compensation in connection with the proposed Class Action Settlement or from the Settlement Fund that is proposed to be established in connection with that settlement. CAAS and its counsel, who are also proposed Settlement Class Counsel, also represent and warrant that Settlement Class Counsel is

1

not receiving and will not receive any compensation, monetary or otherwise, in connection with the settlement of CAAS's claims against SafeRent.

Respectfully submitted this March 28, 2024, by:

| | |
|---|---|
| */s/ Christine E. Webber* | */s/ Andrew Soukup* |
| Christine E. Webber | Andrew Soukup |
| *For Plaintiff CAAS* | *For Defendant SafeRent Solutions, LLC* |

Todd S. Kaplan (Bar No. 634710)
Nadine Cohen (Bar No. 090040)
GREATER BOSTON LEGAL SERVICES
197 Friend Street
Boston, MA, 02114
Tel.: (617) 371-1234
tkaplan@gbls.org
ncohen@gbls.org

Christine E. Webber (*pro hac vice*)
Brian Corman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
Suite 500
Washington, D.C., 20005
Tel.: (202) 408-4600
cwebber@cohenmilstein.com
bcorman@cohenmilstein.com

Stuart T. Rossman (Bar No. 430640)
Shennan Kavanagh (Bar No. 655174)
Ariel C. Nelson (Bar No. 705704)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Boston, MA, 02110
Tel.: (617) 542-8010

*Counsel for Plaintiff Community Action Agency of Somerville, Inc.*

JEFFREY HUBERMAN (BBO# 696437)
jhuberman@cov.com
ANDREW SOUKUP (*pro hac vice*)
asoukup@cov.com
ROBERT A. LONG (*pro hac vice*)
rlong@cov.com
MARC P. CAPUANO (*pro hac vice*)
mcapuano@cov.com
RACHEL E. GROSSMAN (*pro hac vice*)
rgrossman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

LELIA A. LEDAIN (*pro hac vice*)
lledain@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000

*Counsel for SafeRent Solutions, LLC*