# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, on behalf of themselves and all others similarly situated, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFERENT SOLUTIONS, LLC, and METROPOLITAN MANAGEMENT GROUP, LLC,<br><br>    Defendants. | Civil Case No. 1:22-cv-10800-AK |

## NOTICE OF SETTLEMENT BY PLAINTIFF MARY LOUIS AND DEFENDANT METROPOLITAN MANAGEMENT GROUP, LLC

Plaintiff Mary Louis and Defendant Metropolitan Management Group, LLC ("Metropolitan"), hereby provide notice that these parties have entered into a settlement agreement resolving the individual claims by Plaintiff Louis against Defendant Metropolitan. The settlement between these parties is conditioned upon this Court's final approval of the Class Action Settlement Agreement and Release (the "Class Action Settlement"). If the Court grants final approval of the Class Action Settlement, then Plaintiff Louis will file a notice dismissing her claims against Defendant Metropolitan with prejudice. Plaintiff Louis has asserted only individual claims against Defendant Metropolitan.

In light of this settlement, Plaintiff Louis and Defendant Metropolitan respectfully request that the Court withdraw its Order of April 25, 2024, directing these parties to provide a proposed discovery schedule by May 3, 2024.

1

Respectfully submitted May 3, 2024, by:

| | |
|---|---|
| */s/ Christine E. Webber* | */s/ Mark C. Preiss* |
| Christine E. Webber (*pro hac vice*) | Mark C. Preiss, BBO #670091 |
| Brian Corman (*pro hac vice*) | mpreiss@grsm.com |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Gordon Rees Scully Mansukhani, LLP |
| 1100 New York Ave., N.W. | 28 State Street, Suite 1050 |
| Suite 500 | Boston, MA  02109 |
| Washington, D.C., 20005 | (781) 605-8586 |
| Tel.: (202) 408-4600 | |
| cwebber@cohenmilstein.com | *Counsel for Defendant Metropolitan* |
| bcorman@cohenmilstein.com | *Management Group, LLC* |

Todd S. Kaplan (Bar No. 634710)
GREATER BOSTON LEGAL SERVICES
197 Friend Street
Boston, MA, 02114
Tel.: (617) 371-1234
tkaplan@gbls.org
ncohen@gbls.org

Stuart T. Rossman (Bar No. 430640)
Shennan Kavanagh (Bar No. 655174)
Ariel C. Nelson (Bar No. 705704)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Boston, MA, 02110
Tel.: (617) 542-8010

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

*Brian Corman*
BRIAN CORMAN
bcorman@cohenmilstein.com
*Counsel for Plaintiffs*