Jesenia Diaz
330 Paradise Rd. Unit 2109
Swampscott, MA 01907
diaz.jeseniam@gmail.com
781-731-4227

FILED
IN CLERKS OFFICE
2024 JUL 29 PM 12: 54
U.S. DISTRICT COURT
DISTRICT OF MASS.

July 24, 2024

U.S. District Court for Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02110

Re: Louis et al. v. SafeRent Solutions, LLC et al.
    Case No. 1:22-cv-10800-AK

Dear U.S. District Court for Massachusetts,

I am writing to formally object to and express my disagreement with the proposed settlement in the case of Louis et al. v. SafeRent Solutions, LLC et al., Case No. 1:22-cv-10800-AK. My objection is based on the fact that I do not, and have never had, a public housing voucher.

As a licensed real estate salesperson in the state of Massachusetts and someone who works in Public Housing, I am a strong advocate for fair housing and consumer protection. These principles are foundational to my profession and personal beliefs. However, I firmly believe that the Court should not approve this settlement until the plaintiffs can conclusively ensure that the individuals included in the case are indeed housing voucher holders. Including individuals who do not meet this criterion undermines the integrity of the case and could potentially dilute the intended impact of the settlement.

The objective of fair housing and consumer protection laws is to uphold justice and ensure that those who are affected receive the appropriate remedies. By including individuals who do not hold public housing vouchers, the case may inadvertently cause harm to those it seeks to protect by misrepresenting the affected class.

I respectfully request that the Court and the settlement administrators review and verify the eligibility of all class members to ensure that only those who are genuinely impacted are included in the settlement. It is crucial that this case maintains its focus and efficacy in protecting the rights of housing voucher holders.

Please note that I do not intend to appear at the Final Approval Hearing.

Thank you for your attention to this matter. I trust that the Court and the settlement administrators will take the necessary steps to address these concerns and uphold the principles of fairness and justice.

Sincerely,

*[signature]*

Jesenia Diaz

cc. MA Tenant Screening
    Settlement Administrator
    PO Box 2818
    Portland, OR 97208-2818

Jesenia Diaz
330 Paradise Rd.
Unit 2109
Swampscott, MA 01907



BOSTON MA 020
25 JUL 2024 PM 5 L

U.S. District Court for MA
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02110

02210-302599