# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS and MONICA DOUGLAS, on behalf of themselves and similarly situated persons, and COMMUNITY ACTION AGENCY OF SOMERVILLE, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAFERENT SOLUTIONS, LLC and METROPOLITAN MANAGEMENT GROUP, LLC,<br><br>    Defendants. | Civil Action No. 1:22-CV-10800-AK |

## [PROPOSED] JUDGMENT

This matter came before the Court for hearing on November 18, 2024 regarding Plaintiffs' Motion for Final Approval of the Class Action Settlement Agreement and Release ("Agreement") between Plaintiffs and Defendant SafeRent Solutions, LLC ("SafeRent") (collectively the "Parties"). Having considered the Motion, the exhibits and declarations attached thereto, and all other filings and argument related to the Motion, and for the reasons set forth in the accompanying Final Approval Order, it is hereby **ORDERED, ADJUDGED, and DECREED**:

1. Plaintiffs' Unopposed Motion for Certification of the Settlement Classes and Final Approval of the Class Action Settlement, entered into by and between the Parties, is hereby GRANTED.

2. The claims against SafeRent in this matter by the Plaintiffs and the members of the Settlement Classes who did not exclude themselves from the settlement are hereby DISMISSED WITH PREJUDICE.

3.      Without affecting the finality of the Final Approval Order and this Judgment in any way, the Court expressly retains continuing and exclusive jurisdiction over the Parties to the Agreement for the purpose of administration and enforcement of the Agreement for a period of five years from the date SafeRent confirms it has made the practice changes outlined in Section 3.5 of the Agreement. Any dispute, challenge, question, or the like relating to the Settlement or Agreement may be heard by this Court.

4.      This is a final judgment as defined by Federal Rule of Civil Procedure 54(a).

Dated:                                              BY THE COURT:

 

_____
HONORABLE ANGEL KELLEY
UNITED STATES DISTRICT JUDGE