UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOUIS AND MONICA DOUGLAS, ON BEHALF OF THEMSELVES AND SIMILARLY SITUATED PERSONS, AND COMMUNITY ACTION AGENCY OF SOMERVILLE, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAFERENT SOLUTIONS, LLC AND METROPOLITAN MANAGEMENT GROUP, LLC,<br><br>  Defendants. | Civil Action No. 1:22-CV-10800-AK |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AND COSTS**

This matter is before the Court on Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards (the "Motion"). Having considered the Motion, the Memorandum in support, and all exhibits and attachments thereto, the Court hereby FINDS, CONCLUDES, and ORDERS as follows:

1.  The Court finds that Class Counsel's requested attorneys' fees are fair and reasonable under the lodestar approach for the reasons set forth in Plaintiffs' Motion and Memorandum.

2.  The Court finds that the hours and rates Class Counsel used to calculate their lodestar are reasonable. Class Counsel devoted two years to this challenging litigation, which involved novel factual circumstances and legal issues. Class Counsel have also attested that they reviewed the hours expended in this action, and the lodestar submitted to the Court excludes time

1

that was removed in the exercise of billing discretion. The rates of Class Counsel are supported by a description of the qualifications of the attorneys and staff who worked on this case, and each attorney's billing rate is reasonable based on the prevailing rates of comparable attorneys in the relevant markets.

3. For the reasons discussed above, the Court concludes that the requested fee award is reasonable and GRANTS attorneys' fees to Class Counsel in the amount of $1,077,547.68, to be paid by SafeRent in the manner contemplated by Section 3.4 of the Settlement Agreement.

4. The Court also concludes that Class Counsel are entitled to reimbursement of their reasonable expenses incurred in this litigation, which were necessary to the effective representation of Plaintiffs and the Classes.

5. The Court therefore GRANTS Plaintiffs' request for costs in the amount of $22,452.32, to be paid by SafeRent in the manner contemplated by Section 3.4 of the Settlement Agreement.

6. The Court finds that the requested service awards of $10,000 each for Named Plaintiffs Mary Louis and Monica Douglas are reasonable based on their significant contributions to this case and its resolution.

7. The Court therefore GRANTS Plaintiffs' request for service awards in the amount of $10,000 each for Named Plaintiffs Mary Louis and Monica Douglas, to be paid from the Settlement Fund.

DATED:                                    BY THE COURT:

November 20, 2024                         /s/ Angel Kelley
                                          HONORABLE ANGEL KELLEY
                                          UNITED STATES DISTRICT JUDGE